IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC KENNETH FULLMAN, | : | Civil Action No. 4:14-CV-1739 |
| Plaintiff, | : | (Judge Brann) |
| v. | : | (Magistrate Judge Carlson) |
| THOMAS KING KISTLER, *et. al.*, | : | |
| Defendants. | : | |

**ORDER**

December 3, 2014

The undersigned has given full and independent consideration to the September 9, 2014 report and recommendation of Chief Magistrate Judge Martin C. Carlson. ECF No. 5.

Judge Carlson's analysis is thorough; the Court will adopt the report and recommendation in its entirety. Plaintiff's complaint will be dismissed without prejudice.

Plaintiff's motion to seal is denied, as the documents he seeks to have sealed are his exhibits, which are documents from the Court of Common Pleas of Centre County, and, accordingly, are already public documents.

Plaintiff's motion to appoint counsel is denied as moot, as this action is

1

being dismissed.

Plaintiff's request for the form for petition of writ of habeas corpus pursuant to 28 U.S.C. § 2254 will be granted.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The September 9, 2014 report and recommendation of Chief Magistrate Judge Martin C. Carlson is ADOPTED. ECF No. 5.

2. Plaintiff's Motion to Seal is DENIED. ECF No. 6.

3. Plaintiff's Motion to Appoint Counsel is DENIED. ECF No. 7.

4. Plaintiff's Request for Copies is GRANTED. ECF No. 8. The clerk is directed to mail 2 copies of form for petition of writ of habeas corpus pursuant to 28 U.S.C. § 2254 to plaintiff along with this Order.

5. The complaint is dismissed without prejudice.

6. The clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge